| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Fulton, Thomas H. | 2. Court or Organization U.S. Bankruptcy Court | 3. Date of Report 09/09/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Bankruptcy Judge-Active | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial  ☑ Annual   ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |
| 7. Chambers or Office Address U.S. Courthouse 601 West Broadway, Suite 528 Louisville, KY 40202 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 09/09/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMERIPRISE FINANCIAL | | | | | | | | | |
| 2. Variable Annuity | | | | | | | | | |
| 3. First Eagle Global CL A | A | Dividend | J | T | | | | | |
| 4. HILLIARD LYONS BROKERAGE ACCT #1 | | | | | | | | | |
| 5. Hilliard Lyons Govt. Fund | A | Dividend | J | T | Sold (part) | 06/23/15 | J | | |
| 6. Bar Harbor Bankshares | A | Dividend | J | T | | | | | |
| 7. Connecticut WTR Svc, Inc | A | Dividend | J | T | | | | | |
| 8. CISCO Systems, Inc. | A | Dividend | J | T | | | | | |
| 9. Walt Disney Stock | A | Dividend | L | T | | | | | |
| 10. Home Depot Stock | A | Dividend | K | T | | | | | |
| 11. International Paper | A | Dividend | K | T | | | | | |
| 12. Kimberely-Clark Corp Stock | A | Dividend | K | T | | | | | |
| 13. Microsoft | A | Dividend | J | T | | | | | |
| 14. Pfizer, Inc | A | Dividend | J | T | | | | | |
| 15. Colgate-Palmolive Co. | A | Dividend | K | T | | | | | |
| 16. Staples, Inc. | A | Dividend | J | T | | | | | |
| 17. Comcast Corp Class A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Corning, Inc. | A | Dividend | J | T | | | | | |
| 19. Janus Cap Group | A | Dividend | J | T | | | | | |
| 20. Motorcar Parts of America | A | Dividend | J | T | | | | | |
| 21. Summer Infant | A | Dividend | J | T | | | | | |
| 22. O Reily Automotive, Inc | A | Dividend | J | T | | | | | |
| 23. Zoetis, Inc | A | Dividend | J | T | | | | | |
| 24. Core Molding Tech Inc | A | Dividend | J | T | Buy | 06/23/15 | J | | |
| 25. Halyard Health Inc | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 26. Supreme Industries inc | A | Dividend | J | T | Buy | 10/02/15 | J | | |
| 27. Veritiv Corp | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 28. Hilliard Lyons Brokerage Acct. #2 | | | | | | | | | |
| 29. Walmart | A | Dividend | J | T | | | | | |
| 30. American Legacy III Variable Annuity | A | Dividend | J | T | | | | | |
| 31. Hilliard Lyons Govt Fund | A | Dividend | J | T | | | | | |
| 32. Dow Chemical | A | Dividend | J | T | | | | | |
| 33. QualComm, Inc. | A | Dividend | J | T | | | | | |
| 34. Oracle Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pfizer, Inc | A | Dividend | J | T | | | | | |
| 36. Janus Cap Group | A | Dividend | J | T | | | | | |
| 37. Landuer Inc. | A | Dividend | J | T | | | | | |
| 38. Motorcar Parts of America | A | Dividend | J | T | | | | | |
| 39. Stifel Financial Corp | A | Dividend | J | T | | | | | |
| 40. Summer Infant Inc. | A | Dividend | J | T | | | | | |
| 41. Zoetis, Inc | A | Dividend | J | T | | | | | |
| 42. Petsmart, inc | A | Dividend | | | Sold | 03/12/15 | J | B | |
| 43. Hingham Institue for Svg | A | Dividend | J | T | | | | | |
| 44. Core Molding Tech, Inc | A | Dividend | J | T | Buy | 06/23/15 | J | | |
| 45. Supreme Industries, Inc | A | Dividend | J | T | Buy | 10/02/15 | J | | |
| 46. Hilliard Lyons Trust Acct. | | | | | | | | | |
| 47. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 48. Abbvie Inc | A | Dividend | J | T | | | | | |
| 49. Berkshire Hathaway | | None | K | T | | | | | |
| 50. Cisco | A | Dividend | J | T | | | | | |
| 51. Disney Walt | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Exxon Mobile | A | Dividend | K | T | | | | | |
| 53. Pepsico | A | Dividend | J | T | | | | | |
| 54. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 55. Walgreens Co. | A | Dividend | J | T | | | | | |
| 56. Goldmans Sach Financial Square Federal Fund | A | Dividend | J | T | | | | | |
| 57. Johnson & Johnson Co. | A | Dividend | J | T | | | | | |
| 58. TJX Companies | A | Dividend | K | T | | | | | |
| 59. Harley Davidson Inc. | A | Dividend | J | T | | | | | |
| 60. Microsoft Corp | A | Dividend | J | T | | | | | |
| 61. Home Depot | A | Dividend | K | T | | | | | |
| 62. Chevron Corp | A | Dividend | K | T | | | | | |
| 63. CVS Caremark Corp | A | Dividend | J | T | | | | | |
| 64. US Bancorp Del Com | A | Dividend | J | T | | | | | |
| 65. Ishares TR S&P 400 Value | A | Dividend | J | T | | | | | |
| 66. VanGuard Index Small Cap ETF | A | Dividend | J | T | | | | | |
| 67. VanGuard FTSE Emerging Mrkt ETF | A | Dividend | J | T | | | | | |
| 68. Southern Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. JP Morgan Chase | A | Dividend | J | T | | | | | |
| 70. Expeditors Intl | A | Dividend | J | T | | | | | |
| 71. Allergan Inc | A | Dividend | | | Sold | 03/14/15 | J | E | |
| 72. International Business Machs Corp | A | Dividend | J | T | | | | | |
| 73. Artisan International | A | Dividend | J | T | | | | | |
| 74. Dodge & Cox International Stock | A | Dividend | J | T | | | | | |
| 75. Pfizer, Inc | A | Dividend | J | T | | | | | |
| 76. Apple, Inc | A | Dividend | J | T | Buy | 11/06/15 | J | | |
| 77. Fastenal Co Com | A | Dividend | J | T | Buy | 07/20/15 | J | | |
| 78. Northern Tr Corp Com | A | Dividend | J | T | Buy | 11/06/15 | J | | |
| 79. Hilliard Lyons Retirement Acct. | | | | | | | | | |
| 80. Washington Mutual Fund | A | Dividend | J | T | | | | | |
| 81. Wells Fargo(formerly Wachovia Securities) Brokerage Acct. #1 | | | | | | | | | |
| 82. Powershares Water Resources | A | Dividend | J | T | Sold (part) | 10/09/15 | J | B | |
| 83. Wachovia Bank Deposit Sweep Option | A | Interest | K | T | | | | | |
| 84. Guggenheim Global Agriculture Port | A | Dividend | | | Sold | 12/18/15 | J | A | |
| 85. Advisors Asset MGR-Emerging Mkts | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. First Trust Portfolios Dow Target 10 Dec 13 | C | Dividend | | | Sold | 12/18/15 | J | C | |
| 87. Sanofi ADR | A | Dividend | J | T | | | | | |
| 88. First Trust Dow Target 10 Jan 15 | A | Interest | | | Buy | 01/12/15 | J | | |
| 89. | | | | | Sold | 12/18/15 | J | A | |
| 90. First Trust Dow Target 15 term | A | Interest | J | T | Buy | 12/18/15 | J | | |
| 91. Guggenheim Dow Jones Values Div | A | Dividend | K | T | Buy | 12/18/15 | J | | |
| 92. Wells Fargo(formerly Wachovia Securites) Acct. #3 | | | | | | | | | |
| 93. Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 94. Monmouth Real Estate Reit | B | Dividend | K | T | | | | | |
| 95. UMH Properties, Inc. | B | Dividend | K | T | | | | | |
| 96. Alpine Global Dynamic | B | Dividend | J | T | | | | | |
| 97. Medtronic, Inc | A | Dividend | J | T | | | | | |
| 98. Merk&Co. Inc. | A | Dividend | K | T | | | | | |
| 99. Yum Brands, Inc. | A | Dividend | | | Sold | 03/15/15 | K | C | |
| 100. Exxon Mobile | A | Dividend | J | T | | | | | |
| 101. First Trust Dow Target Dvd 2Q14 | A | Dividend | | | Sold | 07/14/15 | J | B | |
| 102. Aetna, Inc | A | Dividend | | | Sold | 02/06/15 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. BP Plc Spons ADR | A | Dividend | K | T | Buy | 02/06/15 | J | | |
| 104. HESS Corporation | A | Dividend | J | T | Buy | 02/06/15 | J | | |
| 105. First Trust Dow Target DVD 3Q 15 | A | Int./Div. | K | T | Buy | 07/10/15 | K | | |
| 106. Wells Fargo(formerly) Wachovia Securities Brokerage Acct. #4 | | | | | | | | | |
| 107. AT & T Inc. | A | Dividend | | | Sold | 11/12/15 | K | D | |
| 108. Gilat Satellite Networks | A | Dividend | J | T | | | | | |
| 109. Headwaters, Inc. | A | Dividend | J | T | | | | | |
| 110. Merk & Co. Inc. | A | Dividend | K | T | | | | | |
| 111. Pfizer Incorporated | A | Dividend | K | T | | | | | |
| 112. Tetra Tech Inc. | A | Dividend | K | T | | | | | |
| 113. Verizon Communications | A | Dividend | K | T | | | | | |
| 114. Tekla Helathcare Investors(formaerly known-H & Q Healthcare FD SBI) | B | Dividend | K | T | Sold (part) | 09/24/15 | J | C | |
| 115. Tekla Life Sciences (formerly known-H & Q Life Sciences) | D | Dividend | K | T | Sold (part) | 09/24/15 | K | B | |
| 116. IRA Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 117. Frontier Communications, Corp | A | Dividend | J | T | | | | | |
| 118. Intel Corp | A | Dividend | | | Sold | 11/12/15 | J | C | |
| 119. Chevron | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. McDonalds Corp | A | Dividend | | | Sold | 11/12/15 | K | C | |
| 121. Apple, Inc. | A | Dividend | K | T | | | | | |
| 122. Microsoft Corp | B | Dividend | | | Sold | 11/12/15 | K | D | |
| 123. Proctor & Gamble Co. | B | Dividend | K | T | Sold (part) | 06/15/15 | J | B | |
| 124. John Hancock Regional | A | Dividend | K | T | | | | | |
| 125. First Trust Financials Select Port | A | Dividend | K | T | | | | | |
| 126. First Trust Financials Target Dvd 2Q14 | C | Dividend | | | Sold | 07/10/15 | L | | |
| 127. Aetna, Inc | A | Dividend | | | Sold | 04/24/15 | J | C | |
| 128. Catepillar Inc | A | Dividend | K | T | Buy | 04/24/15 | K | | |
| 129. Coca-Cola Company | B | Dividend | L | T | Buy | 11/12/15 | L | | |
| 130. Exxon Mobil Corp | A | Dividend | K | T | Buy | 11/12/15 | K | | |
| 131. International Business Machine Corp | A | Dividend | K | T | Buy | 11/12/15 | K | | |
| 132. Wal-Mart Stores Inc | B | Dividend | K | T | Buy | 06/15/15 | K | | |
| 133. First Trust Dow Target Dvd 3q 15 | C | Interest | L | T | Buy | 07/10/15 | L | | |
| 134. Wells Fargo (formerly Wachovia Securities)#5 Brokerage Acct. #5 | | | | | | | | | |
| 135. Bank Deposit Sweep | A | Int./Div. | K | T | | | | | |
| 136. Monmouth Real Estate | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Transocean, LTD | A | Dividend | J | T | | | | | |
| 138. UMH Properties, Inc | A | Dividend | J | T | | | | | |
| 139. WPX Energy, Inc. | A | Dividend | J | T | | | | | |
| 140. General Electric | A | Dividend | K | T | | | | | |
| 141. Vodafone Group | B | Dividend | K | T | | | | | |
| 142. Verizon Communications | A | Dividend | J | T | | | | | |
| 143. Entergy LA LLC | A | Dividend | | | Sold | 09/24/15 | K | C | |
| 144. First Trust Portfolios Int. Rate Hedge Fund | C | Dividend | | | Sold | 05/29/15 | L | C | |
| 145. First Trust Portfolios Capital Strength Series 22 | A | Dividend | | | Sold | 10/29/15 | L | B | |
| 146. First Trust Homebuilders Recovery | A | Dividend | | | Sold | 12/21/15 | L | D | |
| 147. Guggenheim Dow Jones Value Dividend | B | Dividend | | | Sold | 09/21/15 | K | C | |
| 148. First Trust Dow Target 10 14 | B | Dividend | | | Sold | 11/13/15 | K | B | |
| 149. First Trust Dvrsfd EQ Strtgc | A | Dividend | L | T | | | | | |
| 150. First Trust Energy Select Portfolio | A | Dividend | K | T | | | | | |
| 151. First Trust Interest Reate Hedge Port | C | Interest | L | T | Buy | 05/27/15 | L | | |
| 152. First Trust Homebuilders Recovery Ser 12 cash | A | Interest | L | T | Buy | 12/17/15 | L | | |
| 153. Guggenheim Value Dividend Focsu Portfolio Ser 12 | B | Interest | K | T | Buy | 09/17/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. First Trust Capital Strength Series 31 Rein | A | Interest | L | T | Buy | 10/27/15 | L | | |
| 155. First Trust Dow Target 10 Nov 15 | B | Interest | K | T | Buy | 11/10/15 | K | | |
| 156. Wells Fargo(formerly Wachovia Securities) Brokerage Acct # 6 | | | | | | | | | |
| 157. Bank Sweep Deposit | A | Interest | | | Distributed | 09/04/15 | J | | |
| 158. Mutual Series FD, Inc. | A | Dividend | | | Distributed | 07/13/15 | K | | |
| 159. First Trust Value Target 25 3Q14 | A | Dividend | | | Distributed | 07/13/15 | K | | |
| 160. Pro Cash Plus #1 | | | | | | | | | |
| 161. Federated Capital Reserves | A | Interest | L | T | | | | | |
| 162. Target Corp | A | Dividend | K | T | | | | | |
| 163. MFS Municipal Income Fund | A | Dividend | K | T | | | | | |
| 164. Vanguard Whitehall FDS High Divident | A | Dividend | K | T | | | | | |
| 165. Wisdom Tree TR Div. Ex Financials | B | Dividend | K | T | | | | | |
| 166. Altria Group Inc Com | A | Dividend | K | T | | | | | |
| 167. AT&T Inc. | A | Dividend | K | T | | | | | |
| 168. Firstenergy Corp | A | Dividend | J | T | | | | | |
| 169. Procter & Gambe Co. | A | Dividend | K | T | | | | | |
| 170. Verizon Communications | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Tax Exempt Bond Fund of America Class A | B | Dividend | L | T | | | | | |
| 172. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 173. American Short Term Tax-Exempt Bond Fund | A | Int./Div. | L | T | | | | | |
| 174. PnC Finl Svcs Group Inc Ser Q Non Cum | A | Interest | K | T | Buy | 01/02/15 | K | | |
| 175. Pro Cash #2 | | | | | | | | | |
| 176. Ventas, Inc. | B | Dividend | K | T | | | | | |
| 177. Comcast Corp | A | Dividend | K | T | | | | | |
| 178. Exxon Mobile Corp | A | Dividend | J | T | | | | | |
| 179. General Electric Co. | A | Dividend | K | T | | | | | |
| 180. Seadrill limted Shs | B | Dividend | J | T | | | | | |
| 181. 3d Sys Corp | A | Dividend | J | T | | | | | |
| 182. Westport Innovations Inc | A | Dividend | K | T | | | | | |
| 183. American Short Term Tax Exempt Bond Fund | B | Dividend | L | T | | | | | |
| 184. Ishares TR MSCI EAFE | A | Dividend | K | T | | | | | |
| 185. Pershing Govt. Acct | A | Interest | K | T | | | | | |
| 186. FT Unit 2936 Tactical Port | A | Interest | | | Sold | 08/03/15 | K | A | |
| 187. American Mutual Fund Class A | C | Dividend | | | Sold | 09/30/15 | M | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 09/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. The Income Fund Fo America Class A | D | Dividend | M | T | | | | | |
| 189. Fireye Inc Com | A | Dividend | J | T | Buy | 07/02/15 | J | | |
| 190. Care Cap PPTYS Inc Com | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 191. US Government Securties Fund Class A Sales | A | Dividend | M | T | Buy | 09/30/15 | M | | |
| 192. FT Unit 5590SR LN & LTD | A | Interest | K | T | Buy | 08/03/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton, Thomas H. | 09/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas H. Fulton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544